## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**
   **Plaintiff,**

 v.                 Case No. 13-CR-120

**PAUL CASE**
    **Defendant.**

## SCHEDULING ORDER

**IT IS ORDERED** that defendant's motion to adjourn the trial (R. 16) is **GRANTED**. The **FINAL PRE-TRIAL** set for September 6, 2013, and the **TRIAL** set for September 16, 2013, are adjourned, and the matter is scheduled for **STATUS** on **Friday, November 8, 2013, at 10:30 a.m.** The court finds that the ends of justice served by so continuing the matter outweigh the best interest of the defendant and the public in a speedy trial. See 18 U.S.C. § 3161(h)(7)(A).

Dated at Milwaukee, Wisconsin, this 26th day of August, 2013.

              /s Lynn Adelman
              _____
              LYNN ADELMAN
              District Judge